Johnny Lee TUBBS *v.* STATE of Arkansas

706 S.W.2d 180

Supreme Court of Arkansas
Opinion delivered March 24, 1986

*David H. McCormick*, for appellant.

No response.

PER CURIAM. Appellant, Johnny Lee Tubbs, by his attorney, David H. McCormick, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to his miscalculation of the ninety-day limit for filing the record in this Court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.